**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 36 WM 2019
                    :
          Respondent      :
                    :
                    :
          v.              :
                    :
                    :
RICHARD EDWARD WEBER,     :
                    :
          Petitioner       :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 1st day of August, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.